[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-13037

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

SAMUEL ALEXANDER GLOVER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 5:21-cr-00033-JA-PRL-2

_____

2                     Opinion of the Court                     22-13037

Before JILL PRYOR, NEWSOM, and BRANCH, Circuit Judges

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (holding that a sentence-appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Bascomb*, 451 F.3d 1292, 1297 (11th Cir. 2006) (holding that the defendant knowingly and voluntarily waived his right to appeal a sentence on the ground that its length, which was below the statutory maximum, was cruel and unusual under the Eighth Amendment).